UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 4/22/11     **CASE #:** 5:10-CV-506 (CAR)

**CASE TITLE:** Phillip Ward v. James Salter et al

**DOCUMENT #:** 16

**DOCUMENT TITLE:** Discovery Materials

**The following errors/deficiencies have been identified in the document listed above:**

**Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.**

### CORRECTIVE ACTION REQUIRED BY THE FILER

No further action required by the filer.

Gregory J. Leonard, Clerk

S/ Cheryl M. Alston, Deputy Clerk