IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILLIP WARD, Individually, and ) <br> PHILLIP WARD, as Surviving Spouse of ) <br> TAMMY WARD, and PHILLIP WARD, ) <br> As Parent and Natural Guardian of ) <br> FAITH WARD, a Minor Child, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES SALTER and UPSON ) <br> AMBULANCE COMPANY, L.L.C., and\ ) <br> URMC HEALTH FOUNDATION, INC., ) <br> ) <br> Defendants. ) | Civil Action <br> File No.: 5:10-CV-506 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the Certificate of Service of Defendant Upson Ambulance Company, LLC's First Interrogatories to Plaintiff with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record for Plaintiff, and that I also mailed a copy of said discovery pleading to the following attorneys of record for Plaintiff by U.S. Mail in a postage-paid envelope, addressed as follows:

Frank B. Lieppe, Esq.  Paul B. Mazur, Esq.
Frank B Lieppe, P.C.  Paul B. Mazur, P.C.
6445 Powers Ferry Road, Suite 265  44 Broad Street, NW, Suite 600
Atlanta, GA  30339  Atlanta, GA  30303

Respectfully submitted this 29<u>th</u> day of April, 2011.

**MISNER, SCOTT & MARTIN**

**/s/ Steven J. Misner**
Steven J. Misner
Georgia Bar No. 511662
Neal C. Scott
Georgia Bar No.:  632180
Attorneys for Defendants
Upson Ambulance Company, LLC
Suite 1150, 1001 Summit Boulevard  and James Salter
Atlanta, Georgia 30319
(404) 705-5840
Email: steve.misner@zurichna.com