UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 4/29/11              **CASE #:** 5:10-CV-506 (CAR)

**CASE TITLE:** Phillip Ward v. Salter et al

**DOCUMENT #:** 19, 20, 21, and 22

**DOCUMENT TITLE:** Discovery Materials

**The following errors/deficiencies have been identified in the document listed above:**

**Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.**

### CORRECTIVE ACTION REQUIRED BY THE FILER

Document must be re-filed.

Gregory J. Leonard, Clerk

S/ Cheryl M. Alston, Deputy Clerk